**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

**Elizabeth Pyles**

        Plaintiff,

vs

                Case No. 2:20-cv-5755

**AmGuard Insurance Company**

        Defendant,

## CERTIFICATE OF MAILING BY CLERK

**Certified mail service** has been done by the Clerk, U.S. District Court on November 17, 2020.  A copy of the Complaint, and Issued Summons was sent to the following location:

```
AMGUARD INSURANCE COMPANY
39 Public Square
PO Box A-H
Wilkes-Barre, PA 18703
(7020 1290 0001 6997 7237)
```

        **Richard W. Nagel, Clerk**

        By: ___/s/Donald A. Fitzgerald III_____
             Donald A. Fitzgerald III, Deputy Clerk