UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH PYLES, individually and on behalf of others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>AMGUARD INSURANCE COMPANY,<br><br>   Defendant. | Case No. 2:20cv5755<br><br>Judge Edmund A. Sargus<br>Magistrate Judge Kimberly A. Jolson |

## **DEFENDANT'S SECOND UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER**

  Defendant AMGUARD INSURANCE COMPANY respectfully moves the Court to amend the Scheduling Order so that any motion related to venue or jurisdiction shall be filed by March 24, 2021. A memorandum in support of this motion is attached hereto and a proposed entry granting this motion will be e-mailed to jolson_chambers@ohsd.uscourts.gov pursuant to CM/ECF PROCEDURES GUIDE § 2.4.

                  Respectfully Submitted,

                  */s/ Elizabeth E. Cary*
                  Sabrina Haurin (0079321)
                  Elizabeth E. Cary (0090241)
                  BAILEY CAVALIERI LLC
                  10 West Broad Street, Suite 2100
                  Columbus, OH 43215
                  Telephone: (614) 221-3155
                  Fax: (614) 221-0479
                  shaurin@baileycav.com
                  ecary@baileycav.com

                  *Attorneys for Defendant AmGUARD Insurance Company*

## **MEMORANDUM IN SUPPORT**

Plaintiff ELIZABETH PYLES filed her Complaint on November 5, 2020. Defendant AMGUARD INSURANCE COMPANY ("AmGUARD") was served with the Complaint on or about December 1, 2020. The parties agreed to extend AmGUARD's deadline to move or plead in response to the Complaint to March 13, 2021 so that the parties could informally exchange information and work toward a resolution of the case. (Doc. 15.) The Court granted that request on February 10, 2021. (Doc. 16.) Commensurate with the extension to move or plead, the Court amended the Scheduling Order extending the deadline to file any motion related to venue or jurisdiction to March 13, 2021. (*Id.*)

On March 10, 2021, Plaintiff filed an Amended Complaint, adding a new party, Randolph Legair, as a plaintiff. (Doc. 17.) Given the addition of a new party and AmGuard's need to investigate Legair's claims, the parties seek to amend the Scheduling Order so that any motion related to venue or jurisdiction shall be due on the same date as AmGuard's deadline to move or plead, that is March 24, 2021, plus any subsequent extensions thereof. This is AmGUARD's second request to amend the Scheduling Order. Plaintiffs, through their counsel, do not object to this request.

A copy of a proposed entry granting this motion will be e-mailed to jolson_chambers@ohsd.uscourts.gov pursuant to CM/ECF PROCEDURES GUIDE § 2.4.

        Respectfully Submitted,

        */s/ Elizabeth E. Cary*
        Sabrina Haurin (0079321)
        Elizabeth E. Cary (0090241)
        BAILEY CAVALIERI LLC
        10 West Broad Street, Suite 2100
        Columbus, OH 43215
        Telephone: (614) 221-3155
        Fax: (614) 221-0479
        shaurin@baileycav.com
        ecary@baileycav.com

        *Attorneys for Defendant AmGUARD Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion was filed with the Clerk of Courts using the ECF system, which will send notification of such filing to all attorneys of record on March 11, 2021:

>STEPHEN G. WHETSTONE (0088666)
>Whetstone Legal, LLC
>P.O. Box 6, 2 N. Main Street, Unit 2
>Thornville, Ohio 43076
>steve@whetstonelegal.com
>
>J. BRANDON McWHERTER
>(TN Bar # 21600) (admitted via *pro hac vice*)
>McWherter Scott Bobbitt PLC
>341 Cool Springs Blvd., Suite 230
>Franklin, TN 37067
>brandon@msb.law
>
>ERIK D. PETERSON (KY Bar 93003) (admitted *pro hac vice*)
>Mehr, Fairbanks & Peterson Trial Lawyers, PLLC
>201 West Short Street, Suite 800
>Lexington, Kentucky 40507
>edp@austinmehr.com
>
>*Attorneys for Plaintiff and Putative Class Representative*

I also served via email the following attorneys who have not yet been admitted *pro hac vice* on March 11, 2021:

>T. JOSEPH SNODGRASS (MN Bar #231071) (*pro hac vice* request to be submitted)
>Larson • King, LLP
>30 E. 7th Street, Suite 2800
>St. Paul, MN 55101
>jsnodgrass@larsonking.com
>
>*Attorneys for Plaintiff and Putative Class Representative*

              */s/ Elizabeth E. Cary*
              Elizabeth E. Cary (0090241)