UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH PYLES, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMGUARD INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:20cv5755 <br><br> Judge Edmund A. Sargus <br> Magistrate Judge Kimberly A. Jolson |

## AGREED ENTRY

Upon *Defendant's Second Unopposed Motion Modify the Scheduling Order* (the "Motion") and for good cause shown, the Motion is hereby GRANTED. Defendant shall have until the deadline to move or plead in response to Plaintiff's Amended Complaint—currently March 24, 2021—to file any motion related to venue or jurisdiction.

IT IS SO ORDERED.

_____     _____
Date                                Magistrate Judge Jolson

So agreed:

| **Attorneys for Plaintiff and Putative Class Representative** | **Attorneys for Defendant AmGUARD Insurance Company** |
|---|---|
| */s/ Erik D. Peterson (via email authorization)* <br> STEPHEN G. WHETSTONE (0088666) <br> Whetstone Legal, LLC <br> P.O. Box 6, 2 N. Main Street, Unit 2 <br> Thornville, Ohio 43076 <br> Telephone: 740-785-7730 <br> Facsimile: 740-205-8898 <br> Email: steve@whetstonelegal.com <br><br> ERIK D. PETERSON <br> (KY Bar 93003) (admitted *pro hac vice*) <br> Mehr, Fairbanks & Peterson Trial Lawyers, PLLC <br> 201 West Short Street, Suite 800 <br> Lexington, Kentucky 40507 <br> Telephone: 859-225-3731 <br> Facsimile: 859-225-3830 <br> Email: edp@austinmehr.com <br><br> J. BRANDON McWHERTER <br> (TN Bar # 21600) (admitted *pro hac vice*) <br> McWherter Scott Bobbitt PLC <br> 341 Cool Springs Blvd., Suite 230 <br> Franklin, TN 37067 <br> (615) 354-1144 <br> brandon@msb.law <br><br> T. JOSEPH SNODGRASS (MN Bar #231071) <br> (*pro hac vice* request to be submitted) <br> Larson • King, LLP <br> 30 E. 7th Street, Suite 2800 <br> St. Paul, MN 55101 <br> (651) 312-6500 <br> jsnodgrass@larsonking.com | */s/ Elizabeth E. Cary* <br> Sabrina Haurin (0079321) <br> Elizabeth E. Cary (0090241) <br> BAILEY CAVALIERI LLC <br> 10 West Broad Street, Suite 2100 <br> Columbus, OH 43215 <br> Telephone: (614) 221-3155 <br> Fax: (614) 221-0479 <br> shaurin@baileycav.com <br> ecary@baileycav.com <br><br> Michael Menapace <br> (CT Bar 422895) (*pro hac vice* request to be submitted) <br> WIGGIN AND DANA LLP <br> 20 Church Street <br> 16th Floor <br> Hartford, CT 06103 <br> Telephone: (860) 297-3733 <br> Fax: (860) 297-3799 <br> mmenapace@wiggin.com |