# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH PYLES and RANDOLPH LEGAIR, individually and on behalf of others similarly situated, | Case No. 2:20-cv-5755-EAS-KAJ |
| Plaintiffs, | Judge Edmund A. Sargus<br>Magistrate Judge Kimberly A. Jolson |
| v. | |
| AMGUARD INSURANCE COMPANY, | |
| Defendant. | |

## JOINT MOTION TO STAY CASE

Plaintiffs Elizabeth Pyles and Randolph Legair ("Plaintiffs") and AmGuard Insurance Company ("Defendant") (collectively, the "Parties") respectfully request that the Court enter an Order staying all proceedings in this matter to allow the parties to engage in informal settlement negotiations to explore a potential resolution of this matter. In support of this Motion, the Parties state:

1. The Parties' counsel have begun settlement negotiations with the hopes of resolving this putative multi-state class action lawsuit without further litigation. To that end, the Parties have agreed that Defendant will provide certain claims and Xactimate® data to Plaintiffs' counsel, including data in the possession of third-parties, all of which takes time to obtain and produce.

2. The Parties hope to avoid the costs and expenses associated with further formal fact and expert discovery as required by the current scheduling order dated February 5, 2021. Dkt. 14.

3. The Parties have agreed that it would be in their respective best interests to stay this case to attempt to resolve this dispute. The Parties therefore respectfully request that the case and

all discovery deadlines be stayed to afford the Parties sufficient time to obtain and exchange the information they deem necessary and appropriate in order to facilitate settlement discussions.

4. The Parties further request that they be permitted to update the Court on the status of settlement negotiations within forty-five (45) days.

5. Public policy supports the compromise and settlement of disputed claims.

WHEREFORE, the Parties respectfully request that this Court enter an Order staying all proceedings in this matter and requiring the Parties to update the Court on the status of settlement negotiations within forty-five (45) days.

Dated: September 20, 2021

*/s/ Stephen G. Whetstone (per email authorization on 09/20/21)*
STEPHEN G. WHETSTONE (OH #0088666)
WHETSTONE LEGAL, LLC
P.O. Box 6, 2 N. Main Street, Unit 2
Thornville, OH 43076
Tel: (740) 785-7730
steve@whetstonelegal.com

T. JOSEPH SNODGRASS (MN #231071)
*(admitted pro hac vice)*
LARSON • KING, LLP
30 E. 7th Street, Suite 2800
St. Paul, MN 55101
Tel: (651) 312-6500
jsnodgrass@larsonking.com

ERIK D. PETERSON (KY #93003)
 *(admitted pro hac vice)*
MEHR, FAIRBANKS & PETERSON
  TRIAL LAWYERS PLLC
201 West Short Street, Suite 800
Lexington, KY 40507
Tel: (859) 225-3731
edp@austinmehr.com

*/s/ Elizabeth E. Cary*
Sabrina Haurin (0079321)
Elizabeth E. Cary (0090241)
BAILEY CAVALIERI LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215
Telephone: (614) 221-3155
Fax: (614) 221-0479
shaurin@baileycav.com
ecary@baileycav.com

Michael Menapace (CT #422895)
(admitted pro hac vice)
WIGGIN AND DANA LLP
20 Church Street, 16th Floor
Hartford, CT 06103
mmenapace@wiggin.com
Telephone: (860) 297-3733

***Attorneys for Defendant***
***AmGuard Insurance Company***

J. BRANDON McWHERTER (TN #21600)
 *(admitted pro hac vice)*
MCWHERTER SCOTT BOBBITT PLC
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
Tel: (615) 354-1144
brandon@msb.law

***Attorneys for Plaintiffs***
***and Putative Class Representatives***

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion was filed with the Clerk of Courts using the ECF system, which will send notification of such filing to all attorneys of record on September 20, 2021.

/s/ Elizabeth E. Cary
Elizabeth E. Cary (0090241)
**Attorney for Defendant**
**AmGuard Insurance Company**