UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RANDOLPH LEGAIR, ELIZABETH PYLES, individually and on behalf of others imilarly situated, | Case No. 2:20-cv-5755 |
| Plaintiffs, | JURY DEMAND |
| v. | Hon. Judge Edmund A. Sargus<br>Magistrate Judge Kimberly A. Jolson |
| AMGUARD INSURANCE COMPANY, | |
| Defendant. | |

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the above-captioned action is voluntarily dismissed in its entirety, with prejudice against Defendant AMGUARD INSURANCE COMPANY pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own costs, expenses, and attorney's fees.

Dated: May 20, 2022

| | |
|---|---|
| /s/ T. Joseph Snodgrass | /s/ Michael Menapace |
| T. JOSEPH SNODGRASS (MN Bar #231071) | MICHAEL MENAPACE (CT 422895) |
| (admitted pro hac vice) | (admitted pro hac vice) |
| Snodgrass Law LLC | Wiggin and Dana LLP |
| 100 S. Fifth St., Suite 800 | 20 Church Street, 16th Floor |
| Minneapolis, MN 55402 | Hartford, CT 06103 |
| Tel: (612) 448-2600 | Tel: (860) 297-3733 |
| jsnodgrass@larsonking.com | mmenapace@wiggin.com |

STEPHEN G. WHETSTONE (OH 0088666)
Whetstone Legal, LLC
P.O. Box 6, 2 N. Main Street, Unit 2
Thornville, OH 43076
Tel: (740) 785-7730
steve@whetstonelegal.com

ERIK D. PETERSON (KY 93003)
Erik Peterson Law Offices, PSC
*(admitted pro hac vice)*
249 E. Main Street, Suite 150
Lexington, KY 40507
Tel: (800) 614-1957
erik@eplo.law

J. BRANDON McWHERTER (TN 21600)
*(admitted pro hac vice)*
McWherter Scott Bobbitt PLC
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
Tel: (615) 354-1144
brandon@msb.law

*Attorneys for Plaintiffs and
Putative Class Representatives*

SABRINA HAURIN (OH 0079321)
ELIZABETH E. CARY (OH 0090241)
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215
Tel: (614) 221-3155
shaurin@baileycav.com
ecary@baileycav.com

*Attorneys for Defendant
AmGuard Insurance Company*

SO ORDERED:

  s/Kimberly A. Jolson
_____
HONORABLE KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was served on all attorneys of record via email on May 20, 2022:

| | |
|---|---|
| Sabrina Haurin (0079321)<br>Elizabeth E. Cary (0090241)<br>BAILEY CAVALIERI LLC<br>10 West Broad Street, Suite 2100<br>Columbus, OH 43215<br>shaurin@baileycav.com<br>ecary@baileycav.com<br><br>*Attorneys for Defendant* | Michael Menapace<br>WIGGIN AND DANA, LLP<br>20 Church Street<br>Hartford, CT 06103<br>mmenapace@wiggin.com<br><br>*Attorneys for Defendant* |

                                        */s/ T. Joseph Snodgrass*
                                        T. Joseph Snodgrass